IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Ashley D. Smith, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) ) No. 1:09-cv-1055-SEB-TAB |
| Creditors Interchange Receivable Management, LLC, a Delaware limited liability company, | ) ) ) ) ) |
|     Defendant. | ) ) |

## STIPULATION OF DISMISSAL

Plaintiff, Ashley D. Smith, having reached a settlement with Defendant, hereby stipulates to the dismissal of this lawsuit with prejudice, each party to bear their own attorneys' fees and costs.

Dated: October 6, 2009

One of Plaintiff's Attorneys

/s/_David_J. Philipps_____
David J. Philipps  (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60457
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com

The foregoing stipulation is hereby approved and this action is hereby dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: _____ __, 2009

                                                ENTERED:

                                                _____
                                                Judge, United States District Court

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 6, 2009 a copy of the foregoing **Stipulation of Dismissal** was filed electronically**.**  Notice of this filing will be sent to the following party via U.S. Mail, first class postage pre-paid, on October 6, 2009, by 5:00 p.m.

Creditors Interchange Receivable Management, LLC
c/o James K. Schultz
Sessions, Fishman, Nathan & Israel, LLP
55 West Monroe Street
Suite 1120
Chicago, Illinois 60603

/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com

2